**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* H REMIDEZ, LLC | ) ) ) ) | |
| Plaintiff-Relator, | ) ) | |
| v. | ) ) | Civil Action No. 24-354-MN |
| UNITED AIRLINES HOLDINGS, INC. and UNITED AIRLINES, INC. | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1.  The Complaint shall be unsealed and served upon the defendants by the relator;

2.  All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator shall serve upon the defendants only after service of the Complaint;

3.  The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon counsel for the United States,

as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and may intervene in this action, for good cause, at any time;

5.   The parties shall serve all notices of appeal upon counsel for the United States;

6.   All orders of this Court shall be sent to the United States; and

7.   Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties must obtain the written consent of the United States before the Court rules or grants its approval.

IT IS SO ORDERED this 22nd day of April 2026.

_____
The Honorable Maryellen Noreika
United States District Judge